

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 2-07-CR-131 |
| | § | |
| WARREN D. MCDONALD (1) | § | |
| BARBARA WILLIAMS-GLOVER (2) | § | |
| CHRISTOPHER HUGHES (3) | § | |

## INDICTMENT

The Grand Jury charges:

### Count One
Conspiracy to Commit Mail Fraud and Aggravated Identity Theft
(18 U.S.C. § 371)

From on or about June 11, 2006, to on or about September 20, 2006, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Warren D. McDonald, Barbara Williams-Glover, and Christopher Hughes,** defendants, willfully, knowingly, and unlawfully conspired, confederated, and agreed with each other and other persons known and unknown to the grand jury to commit certain offenses against the United States, to wit: Mail Fraud, in violation of 18 U.S.C. § 1341, and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A.

### I. The Scheme

A.  At all times material to this indictment:

  1.  The Federal and State Unemployment Insurance System was a

program administered by the Texas Workforce Commission (TWC).

2. Lance Blue Construction and Asphalt Co. (LBCAC) was a fictitious company created by **Warren D. McDonald** for the purpose of defrauding the TWC.

B. In furtherance of the conspiracy and to effect the objects of the conspiracy, the defendants devised a scheme and artifice to defraud and deprive the TWC, the State of Texas, and the United States of monies in the form of unemployment benefits to which the defendants were not entitled. It was part of the scheme and artifice to defraud that:

1. Using the fictitious employee name Lance Blue Construction and Asphalt Co., **Warren D. McDonald** established a tax account with the TWC and reported false wage credits for six social security numbers. Three of the social security numbers were stolen from other persons.

2. **McDonald** would file unemployment claims against LBCAC using 1) names and social security numbers which he (**McDonald**) stole from innocent persons, 2) his (**McDonald's**) own social security number, and 3) the social security numbers of **Barbara Williams-Glover and Christopher Hughes** which were willingly provided to **McDonald** by **Williams-Glover and Hughes.**

3. The fraudulent claims caused TWC to issue unemployment checks in

the names of the claimants and place them in the U. S. mail for delivery to the claimant. The claims were mailed to addresses provided by **McDonald** when he made the claim. The addresses were Post Office boxes and mail boxes over which **Warren D. McDonald, Barbara Williams-Glover, and Christopher Hughes** exercised control.

4.    **McDonald, Williams-Glover, and Hughes** would retrieve the unemployment checks from the mailboxes and cash them.

## II. Overt Acts

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, set forth as substantive Counts Two through Twenty-Six, were committed in the Amarillo Division of the Northern District of Texas, and elsewhere.

In violation of 18 U.S.C. § 371.

Counts Two - Eleven
Mail Fraud
(18 U.S.C. § 1341)

The scheme set forth in Count One of the indictment is realleged.

On or about the dates listed below, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Warren D. McDonald,** defendant, for the purpose of executing the scheme and artifice to defraud described in Count One of this indictment, willfully and knowingly caused to be delivered by the United States Postal Service, according to the directions thereon, mail matter, that is, envelopes containing unemployment checks issued by the Texas Workforce Commission, as listed below:

| Count | Date | Check # | Amount | Payee/Addressee | Address on Envelope |
|---|---|---|---|---|---|
| 2 | 6/28/06 | 246804298 | $350.00 | Warren D. McDonald | 3106 Woodland St. Amarillo, TX 79103 |
| 3 | 7/12/06 | 246896553 | $1,050.00 | Warren D. McDonald | 3106 Woodland St. Amarillo, TX 79103 |
| 4 | 7/26/06 | 246994606 | $700.00 | Warren D. McDonald | 3106 Woodland St. Amarillo, TX 79103 |
| 5 | 8/9/06 | 247090823 | $700.00 | Warren D. McDonald | 3106 Woodland St. Amarillo, TX 79103 |
| 6 | 8/21/06 | 247162886 | $700.00 | Warren D. McDonald | P.O. Box 1648 Fritch, TX 79036 |
| 7 | 9/5/06 | 247257709 | $700.00 | Warren D. McDonald | P.O. Box 1648 Fritch, TX 79036 |
| 8 | 7/24/06 | 246973618 | $350.00 | Robert S. Andrews | 3106 Woodland St. Amarillo, TX 79103 |
| 9 | 8/7/06 | 247069831 | $1,050.00 | Robert S. Andrews | 3106 Woodland St. Amarillo, TX 79103 |
| 10 | 8/21/06 | 247164787 | $700.00 | Robert S. Andrews | P.O. Box 1648 Fritch, TX 79036 |

**Indictment - Page 4**

| Count | Date | Check # | Amount | Payee/Addressee | Address on Envelope |
|---|---|---|---|---|---|
| 11 | 9/5/06 | 247260618 | $700.00 | Robert S. Andrews | P.O. Box 1648<br>Fritch, TX   79036 |

All in violation of 18 U.S.C. § 1341.

**Indictment - Page 5**

<u>Counts Twelve - Seventeen</u>
Mail Fraud; Aiding and Abetting
(18 U.S.C. §§ 1341 and 2)

The scheme set forth in Count One of the indictment is realleged.

On or about the dates listed below, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Warren D. McDonald and Barbara Williams-Glover,** defendants, aided and abetted by one another, for the purpose of executing the scheme and artifice to defraud described in Count One of this indictment, willfully and knowingly caused to be delivered by the United States Postal Service, according to the directions thereon, mail matter, that is, envelopes containing unemployment checks issued by the Texas Workforce Commission, as listed below:

| Count | Date    | Check #   | Amount    | Payee/Addressee  | Address on Envelope                      |
|-------|---------|-----------|-----------|------------------|------------------------------------------|
| 12    | 6/29/06 | 246810579 | $350.00   | Barbara Williams | 3106 Woodland St. Amarillo, TX 79103     |
| 13    | 7/13/06 | 246902986 | $1,050.00 | Barbara Williams | 3106 Woodland St. Amarillo, TX 79103     |
| 14    | 7/27/06 | 247000943 | $700.00   | Barbara Williams | 3106 Woodland St. Amarillo, TX 79103     |
| 15    | 8/10/06 | 247097085 | $700.00   | Barbara Williams | 3106 Woodland St. Amarillo, TX 79103     |
| 16    | 8/24/06 | 247190435 | $350.00   | Barbara Williams | 3106 Woodland St. Amarillo, TX 79103     |
| 17    | 9/7/06  | 247277050 | $700.00   | Barbara Williams | 3106 Woodland St. Amarillo, TX 79103     |

All in violation of 18 U.S.C. §§ 1341 and 2.

<u>Counts Eighteen - Twenty-Four</u>
Mail Fraud; Aiding and Abetting
(18 U.S.C. §§ 1341 and 2)

The scheme set forth in Count One of the indictment is realleged.

On or about the dates listed below, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Warren D. McDonald and Christopher Hughes,** defendants, aided and abetted by one another, for the purpose of executing the scheme and artifice to defraud described in Count One of this indictment, willfully and knowingly caused to be delivered by the United States Postal Service, according to the directions thereon, mail matter, that is, envelopes containing unemployment checks issued by the Texas Workforce Commission, as listed below:

| Count | Date | Check # | Amount | Payee/Addressee | Address on Envelope |
|---|---|---|---|---|---|
| 18 | 7/11/06 | 246880128 | $219.00 | Christopher Hughes | 2800 Lometa Dr., Apt. 116 Amarillo, TX 79109 |
| 19 | 7/12/06 | 246891402 | $657.00 | Christopher Hughes | 2800 Lometa Dr., Apt. 116 Amarillo, TX 79109 |
| 20 | 7/26/06 | 246989345 | $438.00 | Christopher Hughes | 2800 Lometa Dr., Apt. 116 Amarillo, TX 79109 |
| 21 | 8/9/06 | 247085527 | $438.00 | Christopher Hughes | 2800 Lometa Dr., Apt. 116 Amarillo, TX 79109 |
| 22 | 8/21/06 | 247157901 | $438.00 | Christopher Hughes | 2800 Lometa Dr., Apt. 116 Amarillo, TX 79109 |

| Count | Date | Check # | Amount | Payee/Addressee | Address on Envelope |
|---|---|---|---|---|---|
| 23 | 9/6/06 | 247265323 | $438.00 | Christopher Hughes | 2800 Lometa Dr., Apt. 116, Amarillo, TX 79109 |
| 24 | 9/20/06 | 247357240 | $438.00 | Christopher Hughes | 2800 Lometa Dr., Apt. 116, Amarillo, TX 79109 |

All in violation of 18 U.S.C. §§ 1341 and 2.

<u>Count Twenty-Five</u>
Aggravated Identity Theft
(18 U.S.C. § 1028A(a)(1))

From on or about June 11, 2006, to on or about September 20, 2006, within the Amarillo Division of the Northern District of Texas, and elsewhere, the defendant, **Warren D. McDonald**, did, without lawful authority, knowingly possess and use a means of identification of another person, to wit, a Social Security number belonging to Robert S. Andrews, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, mail fraud, in violation of 18 U.S.C. § 1341.

In violation of 18 U.S.C.§ 1028A(a)(1).

<u>Count Twenty-Six</u>
Aggravated Identity Theft; Aiding and Abetting
(18 U.S.C. §§ 1028A(a)(1) and 2)

From on or about June 11, 2006, to on or about September 20, 2006, within the Amarillo Division of the Northern District of Texas, and elsewhere, the defendants, **Warren D. McDonald and Barbara Williams-Glover**, aided and abetted by one another, did, without lawful authority, knowingly possess and use a means of identification of another person, to wit, a Social Security number belonging to Neal Williams, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, mail fraud, in violation of 18 U.S.C. § 1341.

In violation of 18 U.S.C.§§ 1028A(a)(1) and 2.

Count Twenty-Seven
Aggravated Identity Theft
(18 U.S.C. § 1028A(a)(1))

From on or about June 11, 2006, to on or about September 20, 2006, within the Amarillo Division of the Northern District of Texas, and elsewhere, the defendant, **Warren D. McDonald**, did, without lawful authority, knowingly possess and use a means of identification of another person, to wit, a Social Security number belonging to Zenobia Williams Jones, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, mail fraud, in violation of 18 U.S.C. § 1341.

In violation of 18 U.S.C.§ 1028A(a)(1).

A TRUE BILL

_____
FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY

_____
VICKI LAMBERSON
Assistant United States Attorney
Texas State Bar No. 02975990
1205 Texas Avenue, Suite 700
Telephone:   806.472.7351
Facsimile:   806.472.7394
E-Mail:      vicki.lamberson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

V.

WARREN D. MCDONALD (1); BARBARA WILLIAMS-GLOVER (2);
CHRISTOPHER HUGHES (3)

INDICTMENT

18 U.S.C. § 371
Conspiracy to Commit Mail Fraud and Aggravated Identity Theft
18 U.S.C. § 1341
Mail Fraud
18 U.S.C. §§ 1341 and 2
Mail Fraud and Aiding and Abetting
18 U.S.C. § 1028A(a)(1)
Aggravated Identity Theft
18 U.S.C. §§ 1028A(a)(1) and 2
Aggravated Identity Theft and Aiding and Abetting
(27 Counts)

A true bill rendered:

------------------------------------------------
AMARILLO

Filed in open court this 20° day of Nov., A.D., 2007.

------------------------------------------------
*Sharon Saulz*                                    Deputy Clerk

WARRANTS to issue for each Defendant. *[signature]*
------------------------------------------------
UNITED STATES DISTRICT JUDGE
No Pending Criminal Complaint

**Indictment Cover**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No    If Yes, number:_____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes ☐ No

   Defendant Name:    WARREN D. MCDONALD        2-07-CR-131

   Alias Name:

   Address:

   County in which offense was committed:    Potter

2. **U.S. Attorney Information**

   AUSA  LAMBERSON, Vicki_____    Bar # ___10081500_____

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect:

4. **Location Status**

   Arrest Date:

   ☐ Already in Federal Custody as of ____, in Amarillo, TX _____.
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:   27    ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 USC 371 | Conspiracy to Commit Mail Fraud & Aggravated Identity Theft | 1 (1) |
   | 18 USC 1341 | Mail Fraud | 2-11 (10) |
   | 18 USC 1341 & 2 | Mail Fraud; Aiding & Abetting | 12-24 (13) |
   | 18 USC 1028A(a)(1) | Aggravated Identity Theft | 25 & 27 (2) |
   | 18 USC 1028A(a)(1) & 2 | Aggravated Identity Theft; Aiding & Abetting | 26 (1) |

   Date  11-14-07    Signature of AUSA: _____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

Related Case Information

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes ☐ No

   Defendant Name:     BARBARA WILLIAMS-GLOVER    2-07-CR-131

   Alias Name:

   Address:

   County in which offense was committed:     Potter

2. **U.S. Attorney Information**

   AUSA  LAMBERSON, Vicki     Bar #  10081500

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect:

4. **Location Status**

   Arrest Date:

   ☐ Already in Federal Custody as of ____, in Amarillo, TX _____.
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  8    ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) | |
   |---|---|---|---|
   | 18 USC 371 | Conspiracy to Commit Mail Fraud & Aggravated Identity Theft | 1 | (1) |
   | 18 USC 1341 & 2 | Mail Fraud; Aiding & Abetting | 12-17 | (6) |
   | 18 USC 1028A(a)(1) & 2 | Aggravated Identity Theft ; Aiding & Abetting | 26 | (1) |

   Date  11-14-07        Signature of AUSA: _____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes  ☒ No    New Defendant: ☒ Yes  ☐ No

Pending CR Case in NDTX: ☐ Yes  ☒ No    If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

1. **Defendant Information**

   Juvenile: ☐ Yes  ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes  ☐ No

   Defendant Name:      CHRISTOPHER HUGHES

   Alias Name:

   Address:

   2-07-CR-131

   County in which offense was committed:      Potter

2. **U.S. Attorney Information**

   AUSA  LAMBERSON, Vicki                    Bar #   10081500

3. **Interpreter**

   ☐ Yes  ☒ No    If Yes, list language and/or dialect:

4. **Location Status**

   Arrest Date:

   ☐ Already in Federal Custody as of ____, in  Amarillo, TX  .
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  8       ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) | |
   |---|---|---|---|
   | 18 USC 371 | Conspiracy to Commit Mail Fraud & Aggravated Identity Theft | 1 | (1) |
   | 18 USC 1341 & 2 | Mail Fraud; Aiding & Abetting | 18-24 | (7) |

   Date  11-14-07                Signature of AUSA: _____